# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139017

KENNETH M. WOJNICZ,

Plaintiff-Appellant,

v

PAROLE BOARD,

Defendant-Appellee.

SC: 139017
CoA: 291656

_____

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of June 24, 2009, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2009

_____
Clerk

jm